IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., as Trustee for the registered holders of ML-CFC Commercial Mortgage Pass-through Certificates, Series 2006-3,

    Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.,
NOBLE PROPERTIES OF ARKANSAS, LLC, and
NOBLE PROPERTIES OF COLORADO, LLC,

    Defendants, and

HOSPITALITY RECEIVER, LLC,

    Receiver.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion of Defendants' Counsel Requesting Leave to Appear by Telephone at Scheduling Conference** [Docket No. 24; Filed February 7, 2012] (the "Motion"). Defendants' counsel requests leave to appear at the Scheduling Conference in this matter originally set for February 9, 2012 at 10:30 a.m. However, on February 2, 2012, the Court vacated the Scheduling Conference and ordered Plaintiff to file a Status Report no later than February 13, 2012. *See Minute Order* [#22]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#24] is **DENIED as moot**.

    Dated: February 8, 2012