IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., as Trustee for the registered holders of ML-CFC Commercial Mortgage Pass-through Certificates, Series 2006-3,

    Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.,
NOBLE PROPERTIES OF ARKANSAS, LLC,
NOBLE PROPERTIES OF COLORADO, LLC,
GERALD R. SPRONG, and
W.A. COLIN NOBLE,

    Defendants.

HOSPITALITY RECEIVER, LLC,

    Receiver.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant W.A. Colin Noble's **Unopposed Motion of Defendant W.A. Colin Noble for Leave to Appear by Telephone at Scheduling Conference** [Docket No. 52; Filed May 23, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Defendant W.A. Colin Noble may appear by telephone at the Scheduling Conference on May 30, 2012 at 11:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and counsel for Defendant W.A. Colin Noble before dialing the Court.

    Dated:  May 24, 2012