IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., as Trustee for the registered holders of ML-CFC Commercial Mortgage Pass-through Certificates, Series 2006-3,

    Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.,
NOBLE PROPERTIES OF ARKANSAS, LLC,
NOBLE PROPERTIES OF COLORADO, LLC,
GERALD R. SPRONG, and
W.A. COLIN NOBLE,

    Defendants.

HOSPITALITY RECEIVER, LLC,

    Receiver.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Unopposed Motion for Protective Order** [Docket No. 62; Filed July 16, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#62-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 18, 2012