IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., as Trustee for the registered holders of ML-CFC Commercial Mortgage Pass-through Certificates, Series 2006-3,

    Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.,
NOBLE PROPERTIES OF ARKANSAS, LLC,
NOBLE PROPERTIES OF COLORADO, LLC,
GERALD R. SPRONG, and
W.A. COLIN NOBLE,

    Defendants.

HOSPITALITY RECEIVER, LLC,

    Receiver.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Unopposed Joint Motion to Amend Scheduling Order** [Docket No. 71; Filed October 5, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#71] is **GRANTED**. The Scheduling Order entered on May 30, 2012 [#59] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **December 3, 2012**
- Rebuttal Expert Disclosure Deadline — **January 7, 2013**
- Deadline to Serve Written Discovery Requests — **December 14, 2012**
- Discovery Deadline — **January 16, 2013**
- Dispositive Motions Deadline — **March 4, 2013**

IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendant Gerald R. Sprong's First Set of Written Discovery Requests **on or before November 8, 2012**.

IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's written discovery requests, served on September 25, 2012, **on or before November 21, 2012**.

Dated: October 9, 2012