IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., as Trustee for the registered holders of ML-CFC Commercial Mortgage Pass-through Certificates, Series 2006-3,

       Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.;
NOBLE PROPERTIES OF ARKANSAS, LLC; and
NOBLE PROPERTIES OF COLORADO, LLC,

       Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS GERALD R. SPRONG AND W.A. COLIN NOBLE WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Plaintiff's Claims Against Defendants Gerald R. Sprong and W.A. Colin Noble With Prejudice (Motion) **(#76)** filed November 26, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendants Gerald A. Sprong and W.A. Colin Noble are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), with each party to pay his, her or its own attorney fees and costs. The revised case caption above shall be used on all subsequent pleadings.

DATED this 27th day of November, 2012.

       BY THE COURT:

       *Marcia S. Krieger*
       _____

       Marcia S. Krieger
       United States District Judge