IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., as Trustee for the registered holders of ML-CFC Commercial Mortgage Pass-through Certificates, Series 2006-3,

    Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.,
NOBLE PROPERTIES OF ARKANSAS, LLC, and
NOBLE PROPERTIES OF COLORADO, LLC,

    Defendants, and

HOSPITALITY RECEIVER, LLC,

    Receiver.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Interested Party Johnson Controls, Inc.'s opposed **Second Motion Permitting Suit or Action Against the Receiver** [Docket No. 80; Filed December 18, 2012] (the "Motion"). On December 19, 2012, counsel for Johnson Controls, Inc. was informed that he had failed to register for electronic case filing, in violation of local rules and procedures of the court. After he registered, he filed an identical version of the Motion on December 31, 2012 [#83]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#80] is **DENIED as moot**.

    Dated: January 3, 2013