**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02386-MSK-KLM

WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ML-CFC COMMERCIAL MORTGAGE TRUST 2006-3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,

    Plaintiff,

v.

GLENWOOD HOSPITALITY, INC.; NOBLE PROPERTIES OF ARKANSAS, LLC; NOBLE PROPERTIES OF COLORADO, LLC;

    Defendants.

## CONSENT ORDER APPROVING RECEIVER'S SALE OF PROPERTY

This matter is before the Court on the Expedited Motion for the Court to Approve and Confirm the Sale of Property and Receiver's Report on Same (the "Motion"). Following a hearing on February 28, 2013, the Court ORDERS as follows:

1. The Court authorizes Hospitality Receiver, LLC (the "Receiver") to sell the "Hawthorn Park Inn & Suites" located at 2407 N. Arkansas, Russellville, Arkansas 78201 and the improvements and personal property located thereon (collectively, the "Property"), at a purchase price of $725,000.00.

2. At request of the parties, the approved sale is not subject to the requirements of 28 U.S.C. §§ 2001(b) and 2004.

SO ORDERED this 1st day of March, 2013.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
Chief United States District Judge

CONSENTED TO AND APPROVED:

| | |
|---|---|
| *s/ Sean M. Hanlon* | *s/ Frederick T. Winters* |
| Michael J. Carrigan | Frederick T. Winters |
| Risa Lynn Wolf-Smith | Frederick T. Winters, LLC |
| Sean M. Hanlon | 5156 W. Fair PlaceLittleton, CO  80123 |
| Holland & Hart LLP | Phone: (303) 798-1564 |
| Post Office Box 8749 | Cell: (303) 726-3262 |
| Denver, Colorado 80201-8749 | Email: ftwinters1@aol.com |
| Phone: (303) 295-8000 | *Attorney for Defendants Glenwood Hospitality,* |
| Fax: (303) 295-8261 | *Inc.; Noble Properties of Arkansas, LLC; and* |
| Email: mcarrigan@hollandhart.com; | *Noble Properties of Colorado, LLC* |
| rwolf@hollandhart.com; | |
| smhanlon@hollandhart.com | |
| *Attorneys for Plaintiff* | |